1

2

3

4

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   RON MOSLEY,                          )
                                          )
13              Petitioner,               )        No. C 05-4260 TEH (PR)
                                          )
14       vs.                              )        ORDER TO SHOW CAUSE
                                          )
15   S. OROSKI, Warden,                   )
                                          )
16              Respondent.               )
     _____ )

17

18

19          Petitioner, a State of California prisoner currently incarcerated at San

20   Quentin State Prison, has filed a  pro se petition for a writ of habeas corpus under

21   28 U.S.C. § 2254 challenging the decision of the Governor of the State of

22   California to revoke a parole date granted him by the California Board of Prison

23   Terms ("BPT").

24          Petitioner unsuccessfully challenged the decision of the Governor in the

25   state courts.  On June 1, 2005, the California Court of Appeal denied his petition

26   for a writ of habeas corpus and, on September 7, 2005, the Supreme Court of

27   California denied review.

28          The instant petition for a writ of habeas corpus under § 2254 followed.

1

**DISCUSSION**

2

A.     Standard of Review

3         This court may entertain a petition for a writ of habeas corpus "in behalf

4  of a person in custody pursuant to the judgment of a State court only on the

5  ground that he is in custody in violation of the Constitution or laws or treaties of

6  the United States."  28 U.S.C. § 2254(a).

7         It shall "award the writ or issue an order directing the respondent to show

8  cause why the writ should not be granted, unless it appears from the application

9  that the applicant or person detained is not entitled thereto."  Id. § 2243.

10

B.     Legal Claims

11         Petitioner seeks federal habeas corpus relief from the decision of the

12  Governor to revoke a parole date granted him by BPT.  Among other things,

13  petitioner claims that the Governor's decision was not based on evidence bearing

14  some indicia of reliability and that it violated the Ex Post Facto Clause.  Liberally

15  construed, petitioner's claims appear colorable under § 2254 and merit an answer

16  from respondent.  See McQuillion v. Duncan, 306 F.3d 895, 902-03 (9th Cir.

17  2002) (decision to rescind previously-granted parole release date implicated

18  prisoner's liberty interest in release on parole which cannot be denied without

19  adequate procedural due process protections); see also Biggs v. Terhune, 334

20  F.3d 910, 914-15 (9th Cir. 2003) (refusal to set parole date for prisoner

21  implicated prisoner's liberty interest in release on parole).

22

**CONCLUSION**

23         For the foregoing reasons and for good cause shown,

24         1.     The clerk shall serve by certified mail a copy of this order and the

25  petition and all attachments thereto on respondent and respondent's attorney, the

26  Attorney General of the State of California.  The clerk also shall serve a copy of

27

28

2

1    this order on petitioner.

2         2.    Respondent shall file with the court and serve on petitioner, within

3    60 days of the issuance of this order, an answer conforming in all respects to Rule

4    5 of the Rules Governing Section 2254 Cases, showing cause why a writ of

5    habeas corpus should not be issued.  Respondent shall file with the answer and

6    serve on petitioner a copy of all portions of the state trial record that have been

7    transcribed previously and that are relevant to a determination of the issues

8    presented by the petition.

9         3.    If petitioner wishes to respond to the answer, he shall do so by

10   filing a traverse with the court and serving it on respondent within 30 days of his

11   receipt of the answer.

12

13   SO ORDERED.

14

DATED:   02/27/06                          _____

15                                          THELTON E. HENDERSON
                                            United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28                                    3