DAVID W. SHAPIRO (CA No. 219265)
KIERAN RINGGENBERG (CA No. 208600)
ALEXIS LOEB (CA No. 269895)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: dshapiro@bsfllp.com
         kringgenberg@bsfllp.com
         aloeb@bsfllp.com

Attorneys for Petitioner Ron Mosley

```
FILED

DEC 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RON MOSLEY,<br><br>    Petitioner,<br><br>v.<br><br>VINCENT CULLEN,<br><br>    Respondent. | Case No.: C 05-4260 TEH (JL)<br><br>[PROPOSED] ORDER SETTING FORTH CONDITIONS OF RELEASE |

On December 21, 2010, the Honorable Thelton E. Henderson ordered Respondent, the Warden of San Quentin State Prison, to release Petitioner Ron Mosley upon the posting of an appearance bond and the setting of conditions of release as determined appropriate by the General Duty Magistrate Judge. On December 23, the Court held a hearing to determine the conditions of release. Accordingly, it is hereby

ORDERED that the Warden shall release Petitioner Mosley upon posting of an appearance bond in the amount of $100,000, secured by affidavits of surety without justification signed by Petitioner's mother, Hilda Smith, who resides at 783 Fairview St., Oakland, CA, 94609 and his sister, Francine Tournour, who resides at 5028 Taylor Way, El Dorado Hills, CA, 95762 and upon the conditions of release set forth below.

Until further court order, the petitioner shall:

1. Promise to appear for any and all hearings that may be held in this matter, and to surrender to the custody of an official of the State of California within 24 hours of any decision of the United States Court of Appeals for the Ninth Circuit or the Supreme Court of the United States reversing the decision in this case.

2. Reside with mother, Hilda Smith at 783 Fairview St., Oakland, CA, 94609, or as approved by the Pretrial Services Agency ("PSA") and do not relocate without prior permission from PSA.

3. Report to the PSA one time per week by telephone. *as directed*.

4. Remain within the geographic area of the United States District Court for the Northern and Eastern Districts of California. *May visit sister in E.D. Ca*.

5. Surrender all passports to the PSA, or sign a declaration with the Clerk of Court, and not apply for the issuance of a passport during the pendency of this case. *None*.

6. Maintain or actively seek employment and provide proof thereof to the PSA.

7. *Do not* ~~Refrain from~~ possessing any ~~and all~~ firearms or other dangerous weapons.

8. Refrain from use of alcohol, controlled substances, or any other intoxicant. *without a lawful prescription,*

1

[PROPOSED] ORDER SETTING FORTH CONDITIONS OF RELEASE - C 05-4260 TEH (JL)

9. Submit to drug and alcohol testing and outpatient treatment as directed by the PSA.

10. ~~Agree to~~ Submit to a search of his person and/or property by the PSA ~~in conjunction with the U.S. Marshal.~~ *without warrant*

11. ~~Within 24~~ *By Mon. Dec. 27* hours following release from custody, report to the PSA in Oakland, California.

12. Not commit a Federal, State, or local crime during the period of release.

13. Sign the acknowledgment set out below.

14. Participate in anger management programming as directed by the PSA.

15. Have no contact or communication with the family of victim Edward Wallace, except that counsel for the Petitioner may contact any witness in connection with their representation of Petitioner.

IT IS FURTHER ORDERED that this Order shall remain in effect until the United States Court of Appeals for the Ninth Circuit has issued its mandate and the time for the Warden to file a petition for writ of certiorari in the United States Supreme Court has expired or, if the Warden files a petition for writ of certiorari, until the petition for writ of certiorari and any subsequent briefing on the merits are ruled upon by the United States Supreme Court.  If the decision directing this Court to grant Mosley's petition for writ of habeas corpus is reversed, Mosley shall abide by that decision by surrendering himself to state custody within 24 hours of any such decision.

2
[PROPOSED] ORDER SETTING FORTH CONDITIONS OF RELEASE - C 05-4260 TEH (JL)

IT IS FURTHER ORDERED that any violation of the conditions imposed by the Court shall subject Mosley to immediate arrest.

**IT IS SO ORDERED.**

Dated: 12-23-10

                                                                                  _____
                                                                                  MAGISTRATE JUDGE JAMES LARSON

## Acknowledgment

I, Ron Mosley, understand the methods and conditions of my release as described in this Release Order. I also understand the penalties and forfeitures applicable in the event that I violate ANY condition of my release or if I fail to appear or surrender as required.

I agree to comply fully with each and every condition imposed on my release.

Dated: 12/23/10

_____
RON MOSLEY

SURETORS:

_____
HILDA SMITH
783 Fairview Street
Oakland, CA 94609
(510) 689-9924

_____
FRANCINE TOURNOUR
5028 Taylor Way,
El Dorado Hills, CA 95762
(916) 207-1982