IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON MOSLEY,<br><br>            Petitioner,<br><br>v.<br><br>VINCENT CULLEN,<br><br>            Respondent. | NO. C05-4260 TEH<br><br>ORDER GRANTING IN PART MOTION TO SHORTEN TIME ON RESPONDENT'S MOTION TO REVOKE BAIL |

       The Court has reviewed all of the papers submitted regarding Respondent's motion to shorten time on his motion to revoke Petitioner Ron Mosley's bail and now GRANTS IN PART the motion to shorten time.

       Respondent's motion for bail revocation appears to have merit given that, on January 31, 2011, the Ninth Circuit withdrew its November 24, 2010 opinion reversing this Court and ordering Mosley's release. Thus, the procedural posture of this case is now the same as it was when this Court denied Mosley's first motion for bail on December 16, 2008: namely, this Court has denied Mosley's petition for writ of habeas corpus, and that order remains unresolved on appeal to the United States Court of Appeals for the Ninth Circuit. The Court also agrees with Respondent that declarations concerning Mosley's performance while on bail are irrelevant to the present motion, and additional time to prepare such declarations is therefore not warranted.

       However, to ensure that Mosley has a full and fair opportunity to oppose bail revocation, the Court will GRANT IN PART Respondent's motion to shorten time. The Court does not find Respondent's proposed one-week schedule to be sufficient, but neither does it find the regular briefing and hearing notice schedule to be warranted. Instead, the Court finds good cause to order the following schedule:

1. Mosley shall file an opposition to Respondent's motion to revoke bail on or before **February 15, 2011.**

2. Respondent shall file his reply on or before **February 22, 2011.**

3. Unless both parties waive a hearing, this matter shall be heard before this Court on **February 28, 2011, at 10:00 AM**.

**IT IS SO ORDERED.**

Dated: 02/09/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT