## PROPOSED ORDER/COVER SHEET

TO: Honorable Jacqueline Scott Corley  RE: Ron MOSLEY
U.S. Magistrate Judge

FROM: Roy Saenz, Chief  DOCKET NO.: C 05-4260 THE
U.S. Pretrial Services Officer

DATE: September 7, 2011

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

VICTORIA GIBSON, Specialist          510-637-3752
U.S. PRETRIAL SERVICES OFFICER       TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
_____

_Jacqueline Scott Corley_         9-8-2011
JUDICIAL OFFICER                   DATE

Cover Sheet (06/02/08)